# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aleida Conners, | Civil No. 19-cv-1806 (MJD/ECW) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Bank of America, N.A., | |
| Defendant. | |

Based on the Plaintiff's Voluntary Dismissal electronically filed on August 26, 2019, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and without costs, disbursements, fees, or other awarded to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 12, 2019

                                                    /s Michael J. Davis
                                                HON. MICHAEL J. DAVIS
                                                United States District Court